UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| L-CON, INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-1526 |
| | § | |
| CRC INSURANCE SERVICES, INC. f/k/a | § | |
| CRUMP INSURANCE SERVICES, INC., *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

L-Con, Inc.'s ("L-Con") unopposed Motion for Entry of Final Judgment (ECF No. 146) is GRANTED. Pursuant to its Amended Memorandum Opinion and Order entered on August 24, 2015 (ECF No. 149), the Court GRANTS summary judgment favoring L-Con, Regions Insurance, Inc. ("Regions"), and CRC Insurance Services, Inc. f/k/a Crump Insurance Services, Inc. ("CRC"), and GRANTS IN PART and DENIES IN PART summary judgment for Interstate Fire & Casualty Company ("Interstate"), the Intervenors, Certain London Insurers ("London"), and Oiltanking Holding Americas, Inc., Oiltanking Partners, L.P., Oiltanking Houston, L.P., and Oiltanking Americas, LLC (collectively, "Oiltanking").

The Court declares the following as its Judgment:

(1) Oiltanking is an additional insured under Interstate's Policy No. UM0-000-5772-7315 ("the Interstate Policy") as to the plaintiffs' claims against Oiltanking in the lawsuit styled *Oscar Homero Grimaldo, et al. v. Kinder Morgan, et al.*, tried in the 127th Judicial District Court of Harris County, Texas as Cause No. 2012-32487 and currently on appeal before the Fourteenth Court of Appeals in Houston, Texas (the "Underlying Litigation");

(2)     the Interstate Policy's Cross Suits Exclusion does not apply to the plaintiffs' claims against Oiltanking in the Underlying Lawsuit;

(3)     after exhaustion of the $2 million coverage provided by American Contractors Insurance Company, the Interstate Policy with applicable limits of insurance of $3 million, and the $5 million in coverage provided by Oiltanking's London Policy #B0753PE1206378000 ("London Policy") together form the first layer of excess coverage on a pro rata basis; and

(4)     upon exhaustion of the $5 million London Policy limits, the London Policy applies as the next layer of excess coverage with $46 million limits.

It is further ORDERED that all other relief sought by the parties is DENIED.

Costs are awarded in favor of L-Con, Regions and CRC.

This is a FINAL JUDGMENT.

SIGNED on this 24th day of August, 2015.

_____
Kenneth M. Hoyt
United States District Judge