UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| L-CON, INC., § | |
| § Plaintiff, | |
| v. § | |
| § | |
| INTERSTATE FIRE & CASUALTY § | |
| COMPANY, REGIONS INSURANCE, § | |
| INC. AND CRC INSURANCE § | |
| SERVICES, INC. F/K/A CRUMP § | |
| INSURANCE SERVICES, INC., § | |
| § | |
| Defendants. § | Civil Action No.: 4:13-cv-1526 |
| § | |
| OILTANKING HOLDING § | |
| AMERICAS, INC., OILTANKING § | |
| PARTNERS, L.P., OILTANKING § | |
| HOUSTON, L.P., OILTANKING § | |
| NORTH AMERICA, LLC, and LLOYD § | |
| & PARTNERS LIMITED § | |
| § | |
| Third-Party Defendants. § | |

**DEFENDANT INTERSTATE FIRE & CASUALTY COMPANY'S NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that Defendant Interstate Fire & Casualty Company ("Defendant") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the following, signed and entered by the Hon. Kenneth M. Hoyt, Judge of the United States District Court for the Southern District of Texas, Houston Division, in the above-styled case:

(1) Memorandum Opinion and Order (Dkt. 144)[1], and Amended Memorandum Opinion and Order (Dkt. 149)[2] (granting Cross-Motion for Summary Judgment in favor of L-Con, Inc. ("L-Con"), Regions Insurance, Inc. ("Regions"), and CRC Insurance Services, Inc. f/k/a Crump Insurance Services, Inc. ("CRC") [Dkt. 104], granting in part Motion for Summary Judgment of

---

[1]   Dated August 10, 2015.

[2]   Signed and filed/entered August 24, 2015.

Certain Underwriters at Lloyds of London, Oiltanking Holdings Americas Inc., Oiltanking Houston L.P., Oiltanking North America LLC, Oiltanking Partners L.P. [Dkt. 110], and denying in part Defendant's Motion for Summary Judgment [Dkt. 102]), determining that (1) Oiltanking Holding Americas, Inc. (including its affiliates) is an additional insured whom Defendant must defend (including that Defendant's cross-suits exclusion does not apply), and (2) Defendant and Certain Underwriters at Lloyds of London must provide, on a prorated basis, the first ($8 million) layer of excess coverage;

(2) Final Judgment (Dkt. 150) in favor of L-Con, Regions, and CRC, signed and filed/entered August 24, 2015; and

(3) Orders Denying Interstate Fire & Casualty Company's Motion to Amend Final Judgment[3] (Dkt. 157, 158, and 159), signed and filed/entered October 6, 2015.

Defendant timely perfects this appeal pursuant to rules 4(a)(1)(A) and 4(a)(4)(A) of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1291, and Defendant tenders the filing fee required by rule 3(e) of the Federal Rules of Appellate Procedure.

The parties to the Memorandum Opinion and Order, Amended Memorandum Opinion and Order, Final Judgment, and the October 6, 2015 Orders, and the names and address of their respective counsel, are:

---

[3] Dkt. 151.

| PARTY | COUNSEL |
|---|---|
| Plaintiff: L-Con, Inc. | Mr. Lance C. Arney<br>larney@moultonwilsonarney.com<br>Ms. Cynthia Reba Levin-Moulton<br>cmoulton@moultonwilsonarney.com<br>Moulton & Arney, L.L.P.<br>800 Taft Street<br>Houston, Texas 77019<br><br>Mr. Levi J. Benton<br>LBenton@LeviBenton.com<br>Levi Benton & Associates, PLLC<br>3417 Milam<br>Houston, Texas 77002 |
| Defendant: CRC Insurance Services, Inc. f/k/a Crump Insurance Services, Inc. | Mr. Richard Hunt Gateley<br>rgatelely@belaw.com<br>Mr. Jerrod L. Rinehart<br>jrinehart@belaw.com<br>Brackett & Ellis<br>100 Main Street<br>Fort Worth, Texas 76102-3090 |
| Defendant: Regions Insurance, Inc. | Mr. Donald A. Waltz<br>dwaltz@krcl.com<br>Kane Russell Coleman & Logan, P.C.<br>1601 Elm Street, Suite 3700<br>Dallas Texas 75201 |
| Defendant/Third Party Plaintiff: Interstate Fire and Casualty Company | Mr. R. Brent Cooper<br>brent.cooper@cooperscully.com<br>Cooper & Scully, P.C.<br>900 Jackson, Suite 100<br>Dallas, Texas 75202 |
| Defendant: Interested London Insurers severally subscribing to policy numbers B0753PE1206378000 & B0753PE1206379000 | Ms. Lara N. DiCristina<br>ldicristina@frilot.com<br>Mr. Patrick J. McShane<br>pmcshane@frilot.com<br>Mr. Robert Patrick Ray<br>pray@frilot.com<br>Fribot, LLC<br>1100 Poydras Street, Ste. 3700<br>New Orleans, Louisiana 70163 |

| PARTY | COUNSEL |
|---|---|
| Third Party Defendant: Certain Underwriters at Lloyds of London | Ms. Lara N. DiCristina<br>ldicristina@frilot.com<br>Mr. Patrick J. McShane<br>pmcshane@frilot.com<br>Mr. Robert Patrick Ray<br>pray@frilot.com<br>Fribot, LLC<br>1100 Poydras Street, Ste. 3700<br>New Orleans, Louisiana 70163 |
| Third Party Defendant: Interested London Insurers severally subscribing to policy numbers B0753PE1206378000 & B0753PE1206379000 | Ms. Lara N. DiCristina<br>ldicristina@frilot.com<br>Mr. Patrick J. McShane<br>pmcshane@frilot.com<br>Mr. Robert Patrick Ray<br>pray@frilot.com<br>Fribot, LLC<br>1100 Poydras Street, Ste. 3700<br>New Orleans, Louisiana 70163 |
| Third Party Defendants: Lloyd & Partners Limited, Oiltanking Holdings Americas, Inc., Oiltanking Houston, L.P., Oiltanking North America, LLC, Oiltanking Partners, L.P., | Ms. Melinda M. Riseden<br>mriseden@craincaton.com<br>Mr. C. Henry Kollenberg<br>hkollenberg@craincaton.com<br>Crain Caton & James<br>1401 McKinney Street, 17th Floor<br>Houston, Texas 77010-4035 |
| Intervenors: Jesus Delgado, Raul Granados, Jimmy Gutierrez, Alberto Delgado, Samuel Delgado, Doyle Pin Todd, Maria Granados, Victoria Delgado, Jose Delgado, Victoria Delgado, Edgar Delgado | Mr. Robert S. Kowk<br>mpeltier@kwoklaw.com<br>Mr. William W. Hoke<br>whoke@kwoklaw.com<br>Ms. Christine Vihn Weems<br>cweems@kwoklaw.com<br>Kwok Daniel, LLP<br>6588 Corporate Drive, Ste. 300<br>Houston, Texas 77036 |

Respectfully submitted,

By: */s/ R. Brent Cooper*
      **R. BRENT COOPER**
      Attorney in Charge
      State Bar No. 04783250
      Southern District Bar No. 18271
      brent.cooper@cooperscully.com

**COOPER & SCULLY, P.C.**
900 Jackson Street, Suite 100
Dallas, TX 75202
Telephone: (214) 712-9501
Telecopy: (214) 712-9540

**COUNSEL FOR DEFENDANT**
**INTERSTATE FIRE & CASUALTY**
**COMPANY**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded on this the 5th day of November 2015 to the following counsel of record via electronic filing notice from the Court in accordance with the Federal Rules of Civil Procedure:

Lance C. Arney
Cynthia Reba Levin-Moulton
Moulton & Arney, LLP
800 Taft Street
Houston, TX  77019
*Counsel for L-Con, Inc.*

Levi J. Benton
Levi Benton & Associates PLLC
3417 Milam
Houston, TX  77002
*Counsel for L-Con, Inc.*

Richard H. Gateley
Jerrod L. Rinehart
Brackett & Ellis, PC
100 Main Street
Ft. Worth, TX  76102
*Counsel for CRC Insurance Services, Inc.*

Donald A Waltz
Kane Russell Coleman & Logan PC
1601 Elm Street, Suite 3700
Dallas, TX  75201
*Counsel for Regions Insurance, Inc.*

Melinda M. Riseden
C. Henry Kollenberg
Crain, Caton & James, PC
Five Houston Center, 17th Floor
1401 McKinney Street, Suite 1700
Houston, TX  77010
*Counsel for Oiltanking Holding Americas, Inc., et al.*

Robert S. Kwok
William W. Hoke
Christine Vinh Weems
Kwok Daniel Ltd., L.L.P.
6588 Corporate Drive, Suite 300
Houston, TX  77036
*Counsel for Intervenors Victoria Delgado, et al*

Patrick J. McShane
Lara N. DiCristina
R. Patrick Day
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA  70163
*Counsel for Certain London Insurers*

　　　　　　　　　　　　　　　　*/s/ R. Brent Cooper*
　　　　　　　　　　　　　　　　**R. BRENT COOPER**