# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

4:13-CV-1526

No. 15-20655

United States District Court
Southern District of Texas
FILED

OCT 1 2 2017

David J. Bradley, Clerk of Court

L-CON, INCORPORATED,

    Plaintiff - Appellee Cross-Appellant

v.

INTERSTATE FIRE & CASUALTY COMPANY,

    Defendant-Third Party Plaintiff - Appellant Cross-Appellee

v.

CRC INSURANCE SERVICES, INCORPORATED, formerly known as Crump Insurance Services, Inc.; REGIONS INSURANCE, INCORPORATED,

    Defendants - Appellees

INTERESTED LONDON INSURERS, severally subscribing to policy numbers B0753PE1206378000 and B0753PE1206379000,

    Defendant - Appellee Cross-Appellant

CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON; LLOYD & PARTNERS LIMITED,

    Defendants-Third Party Defendants - Appellees

OILTANKING HOLDINGS AMERICAS INCORPORATED; OILTANKING HOUSTON LIMITED PARTNERSHIP; OILTANKING NORTH AMERICA L.L.C.; OILTANKING PARTNERS L.P.,

    Defendants-Third Party Defendants - Appellees Cross-Appellants

Appeals from the United States District Court
for the Southern District of Texas

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of October 12, 2017, pursuant to the joint motion of the parties.

> LYLE W. CAYCE
> Clerk of the United States Court
> of Appeals for the Fifth Circuit
>
> By: _____
> James deMontluzin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT



Certified as a true copy and issued
as the mandate on Oct 12, 2017

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 12, 2017

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 15-20655   L-Con, Inc. v. CRC Ins Svc, Inc., et al
                            USDC No. 4:13-CV-1526

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        James deMontluzin, Deputy Clerk
                        504-310-7679

cc w/encl:
    Mr. Lance Charles Arney
    Mr. Levi James Benton
    Mr. Richard Brent Cooper
    Ms. Lara N. DiCristina
    Mrs. Diana L. Faust
    Mr. Richard Hunt Gateley
    Ms. Robin Kennedy Johnston
    Mr. Patrick J. McShane
    Ms. Cynthia Levin Moulton
    Mr. Robert Patrick Ray
    Ms. Melinda McGehee Riseden
    Mr. Donald A. Waltz